[No. 43056-4-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS DAVID SOLOMON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06737-1, Sharon S. Armstrong, J., entered July 9, 1998. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Cox, JJ.

[No. 43176-5-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WATERS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-8-00933-1, Anita L. Farris, J., entered July 22, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Ellington, JJ.

[No. 43323-7-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. OLIE MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00875-6, Jeanette R. Burrage, J., entered August 17, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43366-1-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON CHIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-01914-1, Carlos Velategui, J. Pro Tem., entered June 26, 1998. *Reversed* by unpublished per curiam opinion.